# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| GRANITE STATE INSURANCE COMPANY, an Illinois corporation,<br><br>            Plaintiff,<br>v.<br><br>BLUE ROCK DEVELOPMENT, INC., a Nevada corporation, et al.<br><br>            Defendants. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number **3:17-cv-00484-LRH-VPC** |

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that default judgment is hereby entered against Blue Rock Development, Inc. on claim one (breach of contract); and that claim two (unjust enrichment) is dismissed as moot.

     **IT IS FURTHER ORDERED** that Granite State Insurance Company is awarded the following amounts: $266,513.00 in actual damages; $400.00 in costs of suit; prejudgment interest accruing at a rate of 7.0 percent starting September 5, 2017; and post-judgment interest accruing at the statutory rate starting the date of entry of the judgment and lasting until the judgment is paid in full.

| | |
|---|---|
| __July 20, 2018_____<br>Date | __DEBRA K. KEMPI____<br>Clerk |
| | /s/  D. R. Morgan<br>Deputy Clerk |

